IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:21-CR-348-O |
| JONATHAN DENNIS LUDLOW (01) | |

**BILL OF PARTICULARS**
**REGARDING PROPERTY SUBJECT TO FORFEITURE**

The United States of America (the government), by the undersigned, pursuant to Federal Rule of Criminal Procedure 32.2(a), particularly alleges that the following property is subject to forfeiture on the basis of the allegations set forth in the Information filed in the above-captioned criminal case: Property List (Ex. A).

    Respectfully submitted,

    CHAD E. MEACHAM
    UNITED STATES ATTORNEY

    */s/ Levi Thomas*
    LEVI THOMAS
    Assistant United States Attorney
    Texas State Bar No. 24083963
    801 Cherry Street, Suite 1700
    Fort Worth, Texas 76102
    Telephone: 817-252-5200
    Facsimile: 817-252-5455

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2021, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following individuals, who have consented in writing to accept this Notice as service of this document by electronic means: Robert T. Jarvis, attorney for the defendant.

*s/ Levi Thomas*
LEVI THOMAS
Assistant United States Attorney